(88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:07CR74-17 |
| DOCKET NUMBER *(Rec. Court)* | 8:13-cr-175-23-?? |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeffrey Edwards<br>5207 11th Avenue West<br>Bradenton, FL | Maine | Bangor |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable D. Brock Hornby |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/5/11 | 8/4/14 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute in Excess of 5 Kilograms or more of Cocaine, 50 Grams or more of Cocaine Base and a Mixture Containing Oxycodone

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Maine___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Florida__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_4/1/13_  Date

_[signature]_  United States District Judge

13 APR -8 PM 1:34

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Florida___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  Effective Date

_____  United States District Judge